AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00200 |
| Michael Humphrey | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 8/10/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 30, 2020; June 16 - July 31, 2023   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

*Code Section*  —  *Offense Description*

18 U.S.C. § 2252(a)(1) and (b)(1) (Transportation of Child Pornography),
18 U.S.C. § 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Thomas Sullivan, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   08/10/2023

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*