UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : GRAND JURY ORIGINAL |
| | : |
| MICHAEL HUMPHREY, | : VIOLATIONS: |
| | : |
| Defendant. | : 18 U.S.C. §§ 2251(a) and (e) |
| | : (Sexual Exploitation and Attempted Sexual |
| | : Exploitation of a Child) |
| | : 22 D.C. Code §§ 3008, 3020(a)(1) |
| | : (First Degree Child Sexual Abuse with |
| | : Aggravating Circumstance) |
| | : 18 U.S.C. §§ 2252(a)(1) and (b)(1) |
| | : (Transportation of Child Pornography) |
| | : 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |
| | : (Possession of Child Pornography) |
| | : 18 U.S.C. § 2260A |
| | : (Penalties for Registered Sex Offenders) |
| | : |
| | : FORFEITURE: |
| | : 18 U.S.C. § 2253, |
| | : 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

Between on or about January 1, 2023 and on or about June 16, 2023, within the District of Columbia and elsewhere, the defendant, **MICHAEL HUMPHREY**, did, and attempted to, employ, use, persuade, induce, entice, and coerce a minor, specifically **MINOR VICTIM 1**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such

conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(**Sexual Exploitation and Attempted Sexual Exploitation of a Child**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

## COUNT TWO

Between on or about January 1, 2023 and on or about June 16, 2023, within the District of Columbia, the defendant, **MICHAEL HUMPHREY**, being more than four years older than **MINOR VICTIM 1**, a child under sixteen years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is contact between **MICHAEL HUMPHREY's** hand and **MINOR VICTIM 1's** vagina.

The Grand Jury Further Charges that at the time **MICHAEL HUMPHREY** committed First Degree Child Sexual Abuse, the victim, **MINOR VICTIM 1**, was under the age of twelve years.

(**First Degree Child Sexual Abuse with Aggravating Circumstance**, in violation of 22 D.C. Code, Sections 3008, 3020(a)(1))

## COUNT THREE

Between on or about January 1, 2023 and on or about June 16, 2023, within the District of Columbia, the defendant, **MICHAEL HUMPHREY**, being more than four years older than

MINOR VICTIM 1, a child under sixteen years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is contact between MICHAEL HUMPHREY's mouth and MINOR VICTIM 1's vagina.

The Grand Jury Further Charges that at the time MICHAEL HUMPHREY committed First Degree Child Sexual Abuse, the victim, MINOR VICTIM 1, was under the age of twelve years.

(**First Degree Child Sexual Abuse with Aggravating Circumstance**, in violation of 22 D.C. Code, Section 3008, 3020(a)(1))

## COUNT FOUR

Between on or about August 30, 2020 and on or about June 16, 2023, within the District of Columbia and elsewhere, the defendant, MICHAEL HUMPHREY, did knowingly transport and ship using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means including by computer, any visual depiction, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Transportation of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1))

## COUNT FIVE

On or about July 31, 2023, within the District of Columbia and elsewhere, the defendant, MICHAEL HUMPHREY, did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, and the

production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

## COUNT SIX

Between on or about January 1, 2023 and on or about June 16, 2023, within the District of Columbia and elsewhere, the defendant, **MICHAEL HUMPHREY**, committed a felony offense involving a minor victim as charged in Count One of this Indictment at a time when the defendant, **MICHAEL HUMPHREY**, was required to register as a sex offender under the laws of the District of Columbia.

**(Penalties for Registered Sex Offenders**, in violation of Title 18, United States Code, Section 2260A)

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One, Four, and Five of this Indictment, the defendant, **MICHAEL HUMPHREY**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

Matthew M Graves by AEL

Attorney of the United States
and for the District of Columbia.